IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINCOLN GENERAL**<br>**INSURANCE COMPANY,** | : | **CIVIL NO. 1:11-CV-1195** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **JUDGE SYLVIA H. RAMBO** |
| | : | |
| **KINGSWAY AMERICA AGENCY,** | : | |
| **INC., f/k/a AVALON RISK** | : | |
| **MANAGEMENT, INC.;** | : | |
| **GLOBAL SOLUTIONS** | : | |
| **INSURANCE SERVICES, INC.;** | : | |
| **EAST-WEST ASSOCIATES, INC.;** | : | |
| **GARY C. BHOJWANI; and** | : | |
| **SCOTT D. WOLLNEY,** | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

In accordance with the accompanying memorandum of law, Plaintiff's
motion for leave to amend the complaint (Doc. 62) is **GRANTED IN PART** and
**DENIED IN PART**.  The proposed amended complaint (Doc. 62-4) shall not be
accepted for filing.  Plaintiff is permitted to file an amended complaint consistent
with the court's memorandum of law within thirty (30) days from the date of this
order.  Gary C. Bhojwani and Scott D. Wollney are **DISMISSED** from this action.


                                        s/Sylvia H. Rambo
                                        United States District Judge

Dated:  January 18, 2013.